# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **SAMANTHA HAMILTON**, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **Case No. 4:19-CV-01840-CLM** |
| ) | |
| **ANDREW SAUL**, **Commissioner** ) | |
| **of the Social Security** ) | |
| **Administration,** ) | |
| ) | |
| **Defendant.** ) | |

## MEMORANDUM OPINION

On October 13, 2020, the magistrate judge entered a report recommending that the Commissioner's decision below be affirmed (doc. 17). The magistrate judge advised the parties that they should file any objections to the recommendation within 14 days.

Neither party filed an objection. Having considered the entire case file, including the magistrate judge's report and recommendation, the court **ADOPTS** the report of the magistrate judge and **ACCEPTS** the recommendation that the decision of the Commissioner be affirmed. The court will enter a separate final order that closes this case.

**DONE** this November 12, 2020.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE